IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIME PIERO COLE, | § | |
|     *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. H-17-940 |
| LORIE DAVIS, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
|     *Respondent*. | § | |

**RESPONDENT'S RESPONSE IN OPPOSITION TO COLE'S REQUEST FOR AN ADDITIONAL SIXTY DAYS TO FILE A REPLY**

    This is a federal habeas case. Petitioner Jaime Piero Cole is a Texas state inmate under a sentence of death. Respondent Director Lorie Davis is Cole's custodian. Cole presently seeks a stay from this Court so that he can present his unexhausted claims to the Texas Court of Criminal Appeals (CCA). ECF No. 35. The Director filed her response in opposition to Cole's motion to stay on September 4, 2019. ECF No. 43. This Court then ordered Cole's reply to that response in opposition due on September 18, 2019. ECF No. 44. Cole now seeks an extension of sixty days to file his reply. ECF No. 45.

    While the Director is unopposed to a thirty-day extension to file a reply, the Director opposes a sixty-day extension. This Court granted Cole fourteen days to file a reply, ECF No. 44, seven more days than contemplated by the local rules. LR 7.4. Granting Cole a sixty-day extension would give him

seventy-four days to file a reply to a response in opposition, more than ten times the length of time the local rules contemplate for such a reply.

Cole notes that the Director filed a "lengthy" response that he has been unable to respond to. ECF No. 45 at 2. However, this response was lengthy because the Director needed to brief the "plainly meritless" prong of the *Rhines v. Weber* test and had no filed answer to refer to by incorporation. 544 U.S. 269, 277 (2005) ("[T]he district court would abuse its discretion if it were to grant him a stay when his unexhausted claims are plainly meritless."). The Director's response, sans the portion of the response that involves arguing the merits of Cole's claims, is roughly eleven pages long. ECF No. 43 at 15–24, 60–61. While Cole may still reply to the Director's "plainly meritless" argument, such a reply will not be overly burdensome, as Cole has already briefed the merits of his claims through his amended petition, just as he has already briefed his motion for a stay. ECF Nos. 30, 35. Therefore, there is nothing about the Director's response that would necessitate seventy-four days to file a reply.

## CONCLUSION

For these reasons, the Director respectfully requests that this Court deny Cole an extension of sixty days to file a reply to the Director's response in opposition to Cole's motion to stay proceedings and instead limit any extension to thirty days.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

LISA TANNER
Acting Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

 s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General
*Counsel of Record*
State Bar No. 24098169
Southern District Admission No. 2936065

Post Office Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-2144
Ali.Nasser@oag.texas.gov

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

      I do hereby certify that on September 17, 2019, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Shawn Nolan
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545 West
Philadelphia, Pennsylvania 19106

                                      s/ Ali M. Nasser
                                      ALI M. NASSER
                                      Assistant Attorney General