IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIME PIERO COLE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | ACTION NO. 4:17-CV-00940 |
| | § | (Death Penalty Case) |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**RESPONDENT DAVIS'S NOTICE OF APPEARANCE OF COUNSEL**

This is a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Jaime Piero Cole. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Lorie Davis ("the Director") and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on her at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFF MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*Lead Counsel

s/ Stephen M. Hoffman
STEPHEN M. HOFFMAN*
Assistant Attorney General
Texas Bar No. 24048978
Southern District Bar No. 602073
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936–1400
Fax: (512) 320–8132
Stephen.Hoffman@oag.texas.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do herby certify that on January 28, 2020, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Shawn Nolan
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545 West
Philadelphia, Pennsylvania 19106

 s/ Stephen M. Hoffman
STEPHEN HOFFMAN
Assistant Attorney General