United States District Court
Southern District of Texas
**ENTERED**
June 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIME PIERO COLE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-940 |
| | § | |
| LORIE DAVIS, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

The Court **GRANTS** Respondent Lorie Davis's unopposed motion for substitution of counsel. (Docket Entry No. 55). Ali M. Nasser is removed as counsel of record for Respondent and Cara Hanna is substituted in his place.

SIGNED on June 10, 2020, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge